JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN PANASIAN, <br><br> Petitioner, <br><br> v. <br><br> JOHN SUTTON, <br><br> Respondent. | NO. CV 20-6022-VBF (AGR) <br><br> JUDGMENT |

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: August 16, 2024                /s/ Valerie Baker Fairbank

                                    _____
                                    Hon. VALERIE BAKER FAIRBANK
                                    Senior United States District Judge